# Exhibit A

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                    SOUTHERN DIVISION
 3
 4   JOHN AARON VANDERBURG,
            Plaintiff,
 5
 6   VERSUS           CIVIL ACTION NO: 1:08CV90-LG-RHW
 7
     HARRISON COUNTY, MISSISSIPPI,
 8   by and through its Board of
     Supervisors; HARRISON COUNTY
 9   SHERIFF, George Payne, in his
     official capacity; CORRECTIONS
10   OFFICER RYAN TEEL, acting
     under color of state law,
11          Defendants.
12
13
            DEPOSITION OF JOHN AARON VANDERBURG
14
15          Taken at the offices of Brown Buchanan,
            P.A., 796 Vieux Marche' Mall, Biloxi,
16          Mississippi, on Friday, August 21, 2009,
            beginning at 9:33 a.m.
17
18
     APPEARANCES:
19
            PATRICK R. BUCHANAN, ESQUIRE
20          Brown Buchanan, P.A.
            796 Vieux Marche' Mall, Suite 1
21          Biloxi, Mississippi  39530
               ATTORNEY FOR PLAINTIFF
22
            JOE C. GEWIN, ESQUIRE
23          HALEY BROOM, ESQUIRE
            Dukes, Dukes, Keating & Faneca, P.A.
24          2909 13th Street, Sixth Floor
            Gulfport, Mississippi  39501
25             ATTORNEYS FOR GEORGE PAYNE, JR.
```

1      Q.    And isn't it true that the deputies,

2    when you arrived at the jail, actually met you

3    outside, or Officer Diehl outside, when you

4    arrived at the jail?

5      A.    I recall one of them opening the door

6    for us.

7      Q.    And on this document, the officer

8    checked that you were drinking, that you were

9    drunk, that you were resistant and belligerent.

10   Do you agree with all of that?

11     A.    Yeah.

12   MS. BROOM:

13            We're going to make that Exhibit 1,

14   please.

15     Q.    Now, you arrived at the Harrison County

16   Adult Detention Center, according to the records I

17   have, near midnight.  Do you agree with that?

18     A.    I don't recall what time it was.

19     Q.    Okay.  Would you have any reason to

20   dispute that it was 2348?

21     A.    No.

22     Q.    You would agree that you were -- once

23   you entered the booking department at the jail you

24   were ordered to stand against the wall?

25     A.    I don't recall that, but I'm sure they

1  did because all that was going on.  We were there
2  on the wall.
3      Q.    And that's normally what -- have you
4  ever been to the Harrison County jail before?
5      A.    Yes.
6      Q.    Okay.  And is that normal procedure, for
7  them to order you to stand against the wall?
8      A.    Yes.
9      Q.    Now, you didn't comply, did you?
10     A.    Yes.
11     Q.    You didn't stay against the wall, did
12 you?
13     A.    Yes.  After watching the video, I think
14 I stepped off about a step or so just to see what
15 they were doing to the girl.
16     Q.    But you stepped off the wall?
17     A.    I did step off the wall.
18     Q.    In opposition to what the officers asked
19 you to do, correct?
20     A.    I don't recall them telling me to stand
21 against the wall, though.
22     Q.    Could they have told you to stand
23 against the wall?
24     A.    They could have, but I don't recall it.
25     Q.    Now, in your complaint you allege that

1    Teel was, I think, assaulting a lady.

2        A.    Correct.

3        Q.    Correct?  Now, you didn't see that whole

4    incident, did you, between Teel or the other

5    officer and the lady, did you?

6        A.    It was ongoing when we went in.

7        Q.    Right.  So you don't know what

8    transpired before you entered?

9        A.    No.

10        Q.    You don't know what threats, if any, she

11    made to Officer Teel?

12        A.    No.

13        Q.    You don't know if she physically hit

14    Officer Teel?  You don't know anything that

15    happened between her and anyone else?

16        A.    No, ma'am.  It was ongoing when I went

17    in.

18        Q.    Okay.  You walked away from the wall and

19    got involved in that incident, didn't you?

20        A.    No, ma'am.

21        Q.    You mouthed off to Officer Teel, didn't

22    you?

23        A.    I did.

24        Q.    Do you recall what you said to Officer

25    Teel?

1       A.    I do.

2       Q.    What did you say?

3       A.    I said, do you think you guys can handle

4    that girl all by yourself.

5    MR. BUCHANAN:

6            Can we go ahead and mark this while

7    she's --

8    THE WITNESS:

9            Prior to that I looked at the guy, if I

10   may --

11   MR. BUCHANAN:

12           Well, wait a minute.  She's got to mark

13   this exhibit, then you can --

14   THE WITNESS:

15           Oh.

16   MR. BUCHANAN:

17           And then let her ask you a question.

18   THE WITNESS:

19           Okay.

20              (Exhibit 1 was marked.)

21   MS. BROOM:

22       Q.   At this time, instead of sitting against

23   the wall and minding your own business, you made a

24   comment to the officer, and actually a sarcastic

25   comment, didn't you?

```
 1        A.    Yes.

 2        Q.    It was none of your business what was

 3   going on with the other inmate, was it, or

 4   detainee?

 5        A.    It wasn't my business.

 6        Q.    But you got involved anyway, didn't you?

 7        A.    It just appeared to me she was being

 8   tortured like that, and I just thought that was

 9   terrible.  And I asked the guy standing next to

10   me -- I mentioned, I said, man, I don't think I've

11   ever seen anything quite like this before; and he

12   said, me neither.  And then that's when I made my

13   comment.

14        Q.    You were still drunk at this time,

15   weren't you?

16        A.    Not as drunk.

17        Q.    But you were drunk?

18        A.    I doubt it.  No.  I wouldn't think I

19   would be drunk.

20        Q.    You don't think you were --

21        A.    By the time I was arrested to get to the

22   jail, I had pretty much sobered up.

23        Q.    Okay.  What was the time lapse between

24   the time you were arrested and the time you got to

25   the jail?
```

1      A.    I would say two or three hours.  I'm not
2    real sure.
3      Q.    Two or three hours.  And you think a
4    12-pack of beer, or a little less if you didn't
5    consume all of it, would have left your system and
6    the effects --
7      A.    I was pretty -- getting straight by
8    then, yes, ma'am.  Probably after drinking beer, I
9    think I'd be somewhat intoxicated, but very
10   coherent and very aware of my surroundings, no
11   more weaving around, no more slurring my words.  I
12   was pretty clear in what I was doing and what I --
13   where I was at at the time.
14     Q.    After you made that comment to Teel,
15   what did he state to you?
16     A.    He said, this will be you if you don't
17   shut your fucking mouth.
18     Q.    Okay.  And were you still handcuffed at
19   this time?
20     A.    Yes, ma'am.
21     Q.    Now, in your complaint you stated you
22   were still handcuffed and still standing still.
23   But that's not the case, is it; you actually
24   walked off against the wall?
25     A.    Looking at the video, I took a couple of

1   steps off the wall to get -- I guess I was

2   concerned about the girl.

3        Q.   Okay.  And what did you actually see

4   happen to the girl?

5        A.   They were tackling her and roughhousing

6   her and trying to put tape on her mouth and put

7   her in the chair.

8        Q.   Did you ever see any physical assaults

9   against the girl?

10       A.   Well, they all were just -- there were

11  so many of them, I couldn't tell you, just trying

12  to -- they were just trying to subdue her, I mean,

13  and they were being real rough.  And she was

14  screaming and crying and everything else.  I was

15  concerned for her, I guess, I mean.

16       Q.   But you simply saw the officers taking

17  her down?  You didn't know what was going on

18  before, but then you felt the need to intervene in

19  that, didn't you?

20       A.   I made a comment.  I made the comment

21  that I made and I just -- I think if I had it to

22  do over again, I'd do it again.

23       Q.   And what would you have done?

24       A.   I'd say the same thing because they were

25  -- you know, that's far excessive force to subdue

```
 1   a 100-pound girl, and they're surely trained to do

 2   it better than that because that was ridiculous

 3   what I saw.

 4        Q.   Do you know if the girl was injured?

 5        A.   I don't know.

 6        Q.   Do you know if the girl was being

 7   combative?

 8        A.   I don't know how it started.  Once

 9   again, you're right, it wasn't my business

10   exactly; but it just didn't look right to me.

11        Q.   And you don't know if the girl had

12   yielded a knife against the officers?

13        A.   I have no idea who she was or what she

14   did or anything like that.

15        Q.   Well, from what you saw, you simply saw

16   some officers taking another female down, correct?

17        A.   They were taking her down, and it looked

18   to me like they were bending her body all kind of

19   different ways.  And it just appeared, you know --

20   I mean, it is what it is; they were beating her

21   up.

22        Q.   Okay.  How were they beating her up?

23        A.   Tackling her, trying to just -- to me it

24   appeared they were bending her body all kind of

25   ways trying -- I'm not sure if they were trying to
```

Page 105

1   get her on her back or get her on her stomach.  I

2   couldn't tell what they were doing.  I don't even

3   know if they knew what they were doing; but, once

4   again, that's what I saw.

5        Q.   You didn't have a good visual of what

6   was going on, did you?

7        A.   I could see as good as anybody.  I was

8   right there.

9        Q.   But a lot of officers were around, so

10  you couldn't see every move that she made or the

11  officers?

12       A.   Correct.  Yeah.  There was a lot of

13  officers on her.  There was three or four that I

14  remember.

15       Q.   After you and Teel had these words that

16  were exchanged back and forth, you were eventually

17  ordered to go stand against the booking counter,

18  correct?

19       A.   Yes.

20       Q.   Okay.  But nothing happened between the

21  time that you made those comments from the time

22  that you were ordered to stand against the

23  counter, correct?

24       A.   Not right then, no.

25       Q.   Isn't it true that one of the arresting

1    officers, I think the arresting officer that

2    brought you in, had to place you back on the wall,

3    as well?

4         A.    At one point, I guess I was standing in

5    the middle of the floor, and he threw me up

6    against the wall.

7         Q.    So two officers, by that time, had

8    already asked you to stand against the wall,

9    right?

10        A.    No.

11        Q.    No?  So just the arresting officer?

12        A.    No one ever told me to get back on the

13   wall.

14        Q.    Okay.  Who pushed you up against the

15   wall?

16        A.    I'm not sure, but it looked like it was

17   Teel.

18        Q.    Okay.  So prior to you going to the

19   booking counter, you've already been told to stand

20   against the wall and actually had to be placed

21   against the wall?

22        A.    I was placed against the wall.

23        Q.    Okay.  Now, after you were ordered to go

24   stand at the counter, weren't you ordered to put

25   your hands on the counter, the booking counter?

1       A.    I was handcuffed.

2       Q.    But weren't you ordered to place your

3    hands on the counter?

4       A.    No.    I was handcuffed.    The only way I

5    could possibly place my hands on the counter if I

6    turned around and someone gave me a boost.    In

7    other words, I was handcuffed.

8       Q.    So when were the handcuffs taken off of

9    you?    Are you sure about that?

10      A.    Yes.

11      Q.    When were they taken off of you?

12      A.    After -- they let me out of the holding

13   cell eventually, and then they took the cuffs off

14   me.

15      Q.    Okay.    Were you ordered to go up against

16   the booking room counter?

17      A.    Yes.

18      Q.    And were you ordered to stand still and

19   stand in front of the booking room counter?

20      A.    No.

21      Q.    No.    Do you remember that or could you

22   have been?

23      A.    Oh, yeah, I remember.

24      Q.    Okay.    And isn't it true that at that

25   time you picked your left -- I'm sorry, your right

1    hand up and brought it back toward the officer?

2        A.    No, ma'am.

3        Q.    So at no time did you turn your body

4    slightly nor lift your right hand up --

5        A.    No.

6        Q.    -- back toward the officer?

7        A.    Nope.  What happened --

8        Q.    No.  That's not my question.  I'm sorry.

9    MR. BUCHANAN:

10          Well, he has an opportunity to explain.

11   Feel free to explain.

12   MS. BROOM:

13       Q.    Okay.  Well, go ahead.

14       A.    Well, what happened was when my hand was

15   up in the air, the other officer had my -- my

16   handcuffs were too tight to start with, and I was

17   complaining about that already.  And I looked back

18   and said, man -- I said, what's going on, man.

19   You know, I told him he was hurting my arm, to

20   take it easy is what I said.  I said, take it

21   easy, you're hurting me, you're hurting me,

22   because he had my hand up.  My hand was up because

23   he had me by the handcuffs, and they were tighter

24   and tighter and tighter.  And I said, just take it

25   easy is what I said.

1     Q.   Okay.  Who had your hand up?

2     A.   I don't know that officer's name, but

3 the one on the right side of me had my hand in the

4 air.

5     Q.   So you're saying the officer was holding

6 your hand up?

7     A.   He had my -- he had me by my hands, and

8 the other guy was slinging my shoes and socks off

9 and threw my hat on the floor and stuff.  And I

10 told them, take it easy is all I said.

11     Q.   Okay.  And then they took your left sock

12 off, correct?

13     A.   Yes, ma'am.

14     Q.   I mean, your shoe and your sock?

15     A.   Correct.

16     Q.   Okay.  And then at that time, before

17 they could get to your right sock, that's when the

18 hand was up, correct?

19     A.   If I recall, it was up the whole time.

20     Q.   All right.  And then you were taken down

21 to the ground, correct?

22     A.   Yes.

23     Q.   And how were you taken down to the

24 ground, in your own words?

25     A.   They slammed me down face first into the

1    concrete floor.

2        Q.   Okay.  Tell me the mechanics of your

3    body of how they got you from a standing position

4    to the ground.

5        A.   I think the weight of the man pretty

6    much got me down, my hands behind my head.  I

7    think I went knees first.  I think I landed on my

8    good leg first and then ended up on my stomach.

9    And he put his knee in the back of my neck and

10   proceeded to pull this leg -- I'm on my stomach,

11   and he proceeded to pull my bad leg behind my

12   head.  And I was like, oh, my God, man, I have a

13   bad leg or something like that.  And the lady at

14   the desk says, he does have a bad leg.  And he

15   says, oh, which one, this one?  And she said, yes.

16   And then he pulled this one over by my head.

17       Q.   Who did that?

18       A.   Teel.

19       Q.   How do you know it was Teel?

20       A.   Well, because he was very -- he's the

21   biggest guy in the house, so he was pretty easy to

22   recognize.

23       Q.   Okay.  So did they pull your arm to take

24   you to the ground and turn your arm to take you to

25   the ground?

Page 111

```
1        A.    Yeah.   If you pull, you know, your hands
2    straight up, you're going to go down, and that was
3    kind of how they did it.   They already had my
4    hands, so they were already, I mean, in the
5    position to start with, so --
6        Q.    So they had your right hand, and then
7    they -- what did they do with your right hand to
8    make you go to the ground?
9        A.    My hands just went over -- I mean, they
10   were already elevated, so they just -- with that,
11   I think Teel probably grabbed me -- I mean, Teel
12   grabbed me from behind and threw me down.
13       Q.    How did he grab you?
14       A.    Just grabbed my torso.   One officer had
15   me by the handcuff, arm, elevating my arm up by my
16   head.   That gets you to lean over, and then Teel
17   just basically jumped on top of me.
18       Q.    And threw you down to the ground?
19       A.    Yes, ma'am.
20       Q.    Now, why do you think all these officers
21   would have just thrown you to the ground?
22       A.    Because they've been doing this for
23   years.   I've been in and out of that jail.   I've
24   seen it happen before.
25       Q.    Has it ever --
```

1    A.    Because I have a smart mouth maybe.

2    Q.    And during that time, you had a smart

3    mouth, didn't you?

4    A.    I told them what I said about the girl.

5    Q.    But it didn't stop there, did it?  You

6    kept --

7    A.    No.  After that, that was it.  I never

8    said another word.

9    Q.    Okay.  So at the counter you're alleging

10   that you didn't make a peep?

11   A.    I told them to take it easy, you're

12   hurting my arm.  I said, what's going on, man,

13   you're hurting my arm, take it easy, just like

14   that.  That's all I said.  I didn't cuss them out,

15   call them a name or anything.

16   Q.    So these officers, after you made that

17   statement, simply just took you down --

18   A.    Took me down on the ground, yes, ma'am.

19         I'm sorry I interrupted her.  I'm going

20   to try to stop doing that.

21   Q.    Are you testifying that you didn't jerk

22   away from the officer at all while at the counter?

23   A.    Yes.

24   Q.    You didn't?

25   A.    I'm testifying, yes, I did not.

1      Q.    Okay.  Just to make it clear.  I'm
2  sorry.
3      A.    Excuse me.  Yes.
4      Q.    And that you weren't verbally resistant
5  either at that time?
6      A.    No, ma'am.
7      Q.    Is that your testimony?
8      A.    Yes.
9      Q.    Okay.  And then you were taken to the
10  ground is what you're alleging.  And when you got
11  on the ground, you're alleging that Officer Teel
12  picked up your left leg?
13      A.    Yes, ma'am.  His knee was in the back of
14  my neck, which made it difficult to breathe, and
15  he put his hand on my ankle of my left leg.
16      Q.    With his knee still on your --
17      A.    On my neck.
18      Q.    He reached and grabbed your ankle?
19      A.    Yeah.
20      Q.    How tall are you?
21      A.    Six foot.
22      Q.    Did his knee remain on your neck while
23  he grabbed your ankle?
24      A.    Yes.
25      Q.    Okay.  And then what happened?

1      A.   I said -- I told them I had a bad leg,

2   and I said it -- I'm sure I was -- I was trying to

3   make it be known I had a bad leg.  And the lady

4   said, he does have a bad leg.  And he goes, which

5   one, this one?  And then he acted like he was

6   going to do it, and then he did -- pulled this one

7   behind my head.

8      Q.   For the record, he acted like he was

9   going to do the left leg?

10     A.   Yes, ma'am.

11     Q.   But he didn't actually pull it up?

12     A.   He didn't pull the left leg.

13     Q.   Okay.  So your left leg, the leg that

14   was injured, never was actually pulled to your

15   head, was it?

16     A.   No.

17     Q.   Okay.  Then they pulled the -- you're

18   alleging they pulled the right leg up?

19     A.   Correct.

20     Q.   Which is the leg that was not injured

21   from falling out of the tree?

22     A.   Correct.

23     Q.   Now, you said Officer Teel had placed

24   his knee on your neck.  When did he ever get up

25   from being on your neck, his knee on your neck?

1      A.    After that, they picked me up and threw
2   me in the cell.
3      Q.    So you're alleging that Teel's knee
4   stayed on your neck the entire time you were on
5   the ground?
6      A.    Pretty much for the most part.
7      Q.    I mean, for the entire event?
8      A.    When they took me down -- well, no.
9   When they took me down, that -- you know, first
10  they took me down.  And it all happened real fast
11  anyway.  And when he grabbed my legs is about the
12  same time he put his knee in my neck, about the
13  same time.
14     Q.    Okay.  When this --
15     A.    Like I say, yeah, they didn't -- he
16  didn't just take me down and put his knee in my
17  neck right away.  He did it just right after that.
18  Somewhere in there he put his knee in the back of
19  my neck and then pulled my leg behind my head.
20     Q.    Did anybody mention why they were
21  pulling your leg -- legs up?
22     A.    No.
23     Q.    But he asked you about the leg, the left
24  leg before he -- or you told him when he started
25  to touch it or what?

1        A.    I just screamed out, I have a bad leg.

2        Q.    When he touched your leg?

3        A.    Yes.

4        Q.    Then he said, okay, well, I'll go to the

5    right leg?

6        A.    Correct.

7        Q.    Okay.  And then they pulled that leg up.

8    Then what happened then?

9        A.    They took me to the holding cell and

10   handcuffed me to the wall.

11       Q.    Is that when they took your shoes and

12   socks up, when they pulled that right leg up?  Is

13   that when they took the shoe and sock off of your

14   right leg that was still there, when they pulled

15   that right leg up?

16       A.    No.  I don't recall when they took my

17   shoe and -- my other sock off, not exactly.

18       Q.    Were you resisting when you were on the

19   ground?

20       A.    No.

21       Q.    Were you stating anything to the

22   officers?

23       A.    Not other than what I just said, I have

24   a bad leg.

25       Q.    Did the officer state anything to you?

1       A.    Yeah.

2       Q.    What did they state?

3       A.    The one police officer -- the one

4    corrections officer came to the door after I was

5    handcuffed to the wall and he said, welcome to the

6    Harrison County house of Payne.

7       Q.    I'm talking about when you were on the

8    floor there.

9       A.    No.

10      Q.    Now, the arresting officer, he was

11   standing nearby or actually within -- around with

12   all the other officers and actually bent down,

13   didn't he?

14      A.    Yes, ma'am.  He was right there.

15      Q.    Okay.  Did he ever state anything?

16      A.    No, ma'am, not that I can remember.

17      Q.    That arresting officer, he had a good

18   visual and he probably -- or he saw everything,

19   didn't he?

20      A.    Yes, ma'am.

21      Q.    He saw everything that transpired from

22   the moment you were at the counter till the moment

23   you were put into the holding cell, didn't he?

24      A.    Yes, ma'am.

25      Q.    And is that Officer Diehl?