Exhibit G

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                  SOUTHERN DIVISION
 3
 4   GARY BRICE McBAY,
          Plaintiff,
 5
 6   VERSUS            CIVIL ACTION NO: 1:07cv1205LG-RHW
 7
     HARRISON COUNTY, MISSISSIPPI,
 8   by and through its Board of
     Supervisors; HARRISON COUNTY
 9   SHERIFF, George Payne, in his
     official capacity; CORRECTIONS
10   OFFICER MORGAN THOMPSON,
     acting under color of state law,
11          Defendants.
12
13
                 30(b)(6) DEPOSITION OF HARRISON
14                 COUNTY SHERIFF'S DEPARTMENT,
                 GEORGE H. PAYNE, JR., DESIGNEE
15
16          Taken at the offices of Dukes, Dukes,
            Keating & Faneca, P.A., 2909 13th
17          Street, Sixth Floor, Gulfport,
            Mississippi, on Thursday, October 1,
18          2009, beginning at 9:05 a.m.
19
20   APPEARANCES:
21          PATRICK R. BUCHANAN, ESQUIRE
            MARK V. WATTS, ESQUIRE
22          Brown Buchanan, P.A.
            796 Vieux Marche' Mall, Suite 1
23          Biloxi, Mississippi  39530
                 ATTORNEYS FOR PLAINTIFF
24
25
```

1    Q.    And who would have been the person that
2  did that investigation?
3    A.    It would have either been Major Riley or
4  Steve Campbell with our professional standards
5  unit to see if there's any validity to it, to see
6  if the people were still working there, did we
7  have complaints, was it something we knew about or
8  didn't know about, things of that nature.
9    Q.    Do you know whether or not Riley or
10  Campbell investigated this?
11    A.    I'm sure they did.
12    Q.    Do you know what the findings were?
13    A.    I don't remember.
14    Q.    Do you know whether or not they would
15  have generated a written report relative to their
16  investigation of these concerns?
17    A.    If they were founded, yes.
18    Q.    Well, that may -- that probably leads to
19  a better question I should have asked you.  Are
20  you disputing the findings of the report, Exhibit
21  2?
22    A.    I'm not disputing the fact that some
23  people probably told Steve Martin some of these
24  things.
25    Q.    All right.  Mr. Martin says, These four

1    received from them, if there was something that

2    needed to be looked into it, I assigned it to

3    either Major Riley or the professional standards

4    unit to look into to check on the validity of the

5    report and see if something needed to be done

6    about it.

7         Q.    As we sit here today, can you tell me if

8    you remember doing anything to respond to the

9    concerns raised by Mr. Martin in this report,

10   Exhibit 2?

11        A.    I just told you that.

12        Q.    Well, you've told me what you -- the

13   general occurrence.

14        A.    Every time.  I just didn't ignore them.

15   Something was done.

16        Q.    And I'm not trying to imply that.  What

17   I'm trying to find out is -- obviously, there's

18   some disturbing language here in Exhibit 2, this

19   report; would you agree with that?

20        A.    Yeah.

21        Q.    All right.  What I'm, then, trying to

22   find out is -- you say you responded, and I'm

23   asking you, based on your best memory, if you

24   remember what exactly you did in response?

25        A.    Not only did we respond in-house, I

1    would report back to Steve over the telephone.  He

2    and I talked once or twice a month.

3        Q.    Do you remember if all four or any four

4    of these officers that are referenced in this

5    report were disciplined in any way?

6        A.    I don't have any recollection of that.

7    We had a lot of disciplinary actions going on, a

8    lot of hearings, a lot of people coming and going.

9        Q.    Do you know what, if anything, the board

10   of supervisors did in response to this report,

11   Exhibit 2?

12       A.    I have no idea.

13       Q.    Can I get that back from you?  And we'll

14   put it here.

15            And you've referenced him.  Steve

16   Campbell, Captain Campbell was the head of your

17   Professional Standards Department?

18       A.    Correct.

19       Q.    And he's no longer with the jail?

20       A.    No.

21       Q.    When did he leave?

22       A.    The same time I did.

23       Q.    And did he retire?

24       A.    I don't know if he did or didn't.  He's

25   retired from the Mississippi Bureau of Narcotics.

1      Q.    And what did he tell you was
2  specifically addressed in it?
3      A.    I don't remember.  Like I said,
4  Mr. Martin and I talked probably twice a month.
5      Q.    All right.  Back to my original
6  question, then:  These pleas, how did you miss
7  what was going on in booking?
8      A.    I probably depended too much on the FBI
9  and justice and finding out what was going on and
10  not reporting it.
11      Q.    Do you believe that this is a -- this
12  problem in these plea exhibits is a problem you
13  should have known about?
14      A.    Yeah.  I don't know if it was possible
15  for me to know about it, but I wish I'd have known
16  about it.
17      Q.    Why wouldn't it be possible for you to
18  know about it?
19      A.    Well, I mean, if it was concealed -- and
20  it appears they concealed it, concealed it from
21  everybody, not only concealed it to me, but
22  concealed it from the FBI and the justice
23  department and the National Institute of
24  Corrections, which I had in that place probably a
25  half a dozen times.

1      A.    I don't know anybody that had any

2   knowledge.

3   MS. YOUNG:

4      Q.    You stated for the record that you

5   thought that the board of supervisors received the

6   quarterly reports; but do you have any personal

7   knowledge whether they received these reports?

8      A.    No, if Mr. Meadows didn't deliver it to

9   them.  His name was on the letterhead.

10     Q.    Okay.  But you, yourself, never gave

11  them these reports?

12     A.    No.

13     Q.    And do you have any recollection of ever

14  speaking with any board of supervisor about Steve

15  Martin's report?

16     A.    William Martin.

17     Q.    About Steve Martin's report.

18     A.    William Martin.

19     Q.    And what did you discuss with William

20  Martin?

21     A.    I can't remember.  He was -- you know,

22  during some of our meetings, our board meetings

23  and things of that nature.

24     Q.    And when you say the board meetings, are

25  you talking about that committee --