# Exhibit H

```
 1                UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                     SOUTHERN DIVISION
 4
 5   KASEY D. ALVES,
 6          Plaintiff,
 7       VS.                  CAUSE NO.: 1:06cv912 LG-JMR
 8   HARRISON COUNTY MISSISSIPPI, BY AND
     THROUGH THE BOARD OF SUPERVISORS;
 9   HARRISON COUNTY SHERIFF'S DEPARTMENT;
     SHERIFF GEORGE PAYNE, JR.; AND,
10   HEALTH ASSURANCE, LLC.,
11          Defendants.
12
13                       DEPOSITION
14                          OF
15                     WILLIAM MARTIN
16         Taken on behalf of the Plaintiff
17       1:41 p.m., Wednesday, March 12th, 2008
18                        before
19             Lisa H. Brown, CSR #1166
20
21
22
23              COAST-WIDE REPORTERS
                  Court Reporters
24              Post Office Box 95
           Biloxi, Mississippi  39533-0095
25                (228) 374-5066
```


ORIGINAL

1  out, ain't it?
2      Q.   Okay.  Did you ever have a chance to talk to
3  Sheriff Payne about his concerns about violence in the
4  booking area?
5      A.   Prior to this or before this report?
6      Q.   At any time.
7      A.   Yeah, prior to this.  I haven't talked to
8  sheriff after this report.  I haven't talked to the
9  sheriff -- I can't even remember the last time I
10 talked to sheriff.  I know I talked to the sheriff
11 about my concerns about violence in the jail prior to
12 this report over a number of years.
13     Q.   What were your concerns about it?
14     A.   Well, periodically the Board received
15 written complaints from inmates that they were being
16 beaten.  We turned those complaints over to the
17 District Attorney's office for investigation.
18     Q.   You talked to the sheriff about your
19 concerns?
20     A.   Yeah.
21     Q.   What was his response to your concerns?
22     A.   That they were working on it.  That was the
23 purpose of -- one of the purposes of the Harrison
24 County Criminal Justice Coordinating Council was to
25 try and -- everything was related back to