# Exhibit M

Case 1:08-cv-00090-LG-RHW   Document 211-16   Filed 12/14/09   Page 2 of 3

McBay, Al-Khidhr & Seal v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                    August 14, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Southern Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY BRICE McBAY, | \* | 1:07CV1205-LG-RHW |
| WILLIAM DAVID SEAL, | \* | 1:08CV175-LG-RHW |
| ONLY AL-KHIDHR, | \* | 1:07CV1223-LG-RHW |
| Plaintiffs, | \* | |
| v. | \* | |
| HARRISON COUNTY, MISSISSIPPI | \* | |
| BY AND THROUGH ITS BOARD OF | \* | COPY |
| SUPERVISORS, et al., | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEO-RECORDED DEPOSITION OF

MORGAN THOMPSON

August 14, 2009

9:39 a.m. - 11:06 a.m.

Hopewell, Virginia

REPORTED BY:  Kurt D. Hruneni, CCR-VA

Case 1:08-cv-00090-LG-RHW   Document 211-16   Filed 12/14/09   Page 3 of 3

McBay, Al-Khidhr & Seal v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson          August 14, 2009

Page 44

```
 1   blurred.  And I think you agreed with me on that.
 2        A     Yes.  Yes, I did.
 3        Q     And after doing something so wrong, that
 4   something being use of excessive force, you didn't see
 5   it as wrong anymore, did you?
 6        A     Some instances of excessive force, you do
 7   see as wrong.  Things like using a closed fist to
 8   defend yourself in a fist fight, you don't see that as
 9   wrong anymore.
10        Q     Isn't it true that you felt like you lost
11   touch with the humanity of the people that were coming
12   in there?
13        A     Yes, sir.
14        Q     And that you treated a lot of people as
15   numbers and tried to process them as effectively as
16   possible, but forgot that you were dealing with human
17   beings, and that was a fault of yours?
18        A     Yes, sir.
19        Q     What is the professional standards arm of
20   the jail?
21        A     It's pretty much an internal affairs.
22        Q     And who was in charge of professional
23   standards?
24        A     I believe it was Steve Campbell, at the
25   time.
```